IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN HENRY PACE, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. C-06-231 |
| | § | |
| AMERICAN INTERNATIONAL GROUP, INC., | § | |
| d/b/a "AIG," | § | |
| Defendant. | § | |
| | § | |
| | § | |

**ORDER DENYING DEFENDANT'S**
**MOTION FOR HEARING AND MOTION TO RECONSIDER**

On this day came on to be considered Defendant American International Group, Inc.'s Motion for Hearing (D.E. 13) and Motion to Reconsider (D.E. 12) this Court's June 29, 2006 Order of Remand. 28 U.S.C. § 1447(d) provides that an "order remanding a case to the State court from which it was removed is not reviewable on appeal or <u>otherwise</u>." <u>Id.</u> (emphasis supplied). Thus, a federal "court is completely divested of jurisdiction once it mails a certified copy of the remand order to the clerk of the state court." <u>In re Shell Oil Co.</u>, 932 F.2d 1523, 1528 (5th Cir. 1991). Because a certified copy of the remand order was mailed to the clerk of the state court on June 29, 2006, this Court is without jurisdiction to reconsider its order. Defendant's motions are therefore DENIED.

SIGNED and ENTERED this 11th day of July, 2006.

_____
Janis Graham Jack
United States District Judge